UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION
CASE NO.: 3-08-bk-6095-3F3

IN RE:    RALPH B. LUNSFORD JR

      Debtor(s)          ADVERSARY PROCEEDING #: 08-ap-316

---

RALPH B. LUNSFORD JR

    Plaintiff(s),

vs

MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.

AND

DYCK - O'NEAL, INC.

    Defendant(s)

---

## CONSENT

## J U D G M E N T

This judgment is entered upon consent of the plaintiff and defendant Dyck-O'Neal, Inc., as shown below, and after entry of default against defendant Mortgage Electronic Registration Systems, Inc., It is

**ORDERED:**

1. Judgment is entered in favor of Plaintiff, RALPH B. LUNSFORD JR and against Defendants, MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. AND DYCK - O'NEAL, INC.

2. The mortgage held by Defendants, dated June 21, 2004, which is recorded in O.R. Book 12232, page 871, of the current

public records of Duval County, Florida, which encumbers real property described as:

LOT 18, WINDERMERE, ACORDING TO THE PLAT RECORDED IN PLAT BOOK 37, PAGES 64 AND 64A AS RECORDED IN THE CURRENT PUBLIC RECORDS OF DUVAL COUNTY, FLORIDA

and in which Debtor has an interest, shall be deemed null and void and of no further force and effect upon entry of order of discharge in plaintiff's pending bankruptcy case, #08-6095-JAF.

Dated this __13__ day of __March__, 2009 at Jacksonville, Florida.

_____
JERRY A. FUNK
UNITED STATES BANKRUPTCY JUDGE

**CONSENT**

We consent to entry of the foregoing Judgment.

| | |
|---|---|
| D.C. Higginbotham, Esquire<br>Attorney for debtor<br>925 Forest St.<br>Jacksonville, FL 32204<br>Phone: (904) 354-6604<br>Fax: (904) 354-6606<br>Florida Bar #: 167121 | Jerrold Golson, Esquire<br>Attorney for Dyck-O'Neil, Inc.<br>300 S. Duncan Ave., Ste #137<br>Clearwater, FL 33755<br>Phone: (727) 674-0453<br>Fax: (727) 674-0454<br>Florida Bar #: 233072 |

Copies to:

D. C. Higginbotham, Esquire, Attorney for Debtor

Mortgage Electronic Registration Systems, Inc.